**524**

**Kimberly M. Weller MICKNA, Appellant,**

v.

**Douglas TILLETT, Respondent.**

**No. WD 46820.**

Missouri Court of Appeals,
Western District.

June 29, 1993.

Stephen G. Mirakian, Jacqueline A. Cook, Wyrsch Atwell Mirakian Lee & Hobbs, Kansas City, for appellant.

James T. Cook, Gail Berkowitz, Berkowitz & Cook, Kansas City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

**ORDER**

PER CURIAM:

Appeal from judgment granting primary physical custody of minor child to natural father.

Judgment affirmed. Rule 84.16(b)

**Darryl L. YOUNG, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 47151.**

Missouri Court of Appeals,
Western District.

June 29, 1993.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and
BRECKENRIDGE and HANNA, JJ.

**ORDER**

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).